# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

REED HOPPER                                                                                    PLAINTIFF

V.                                   No. 3:21-CV-102-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                                 DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Reed Hopper, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 2nd day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE